Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Christopher Biagas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER BIAGAS,<br><br>    Defendant. | No. 2:08-cr-00303 MCE<br><br>**STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |

    Defendant Christopher Biagas, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Richard Bender stipulate and agree the status conference currently set for August 7, 2008, should be reset to August 21, 2008, at 9:00 a.m.

    The parties stipulate and agree the time from August 7, 2008, up to and including August 21, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

    The undersigned was appointed less than a month ago.  The additional time is necessary to review discovery and conduct the necessary investigation.

DATED: August 7, 2008                  /s/ Krista Hart
                                       Attorney for Christopher Biagas


DATED: August 7, 2008                  McGREGOR SCOTT
                                       United States Attorney

                                       /s/ Richard Bender
                                       Assistant U.S. Attorney

**ORDER**

It is so ordered.


 Dated: August 7, 2008

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE