Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Christopher Biagas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | No. 2:08-cr-00303-MCE |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| CHRISTOPHER BIAGAS, | ) | |
| Defendant. | ) | |

Defendant Christopher Biagas, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Richard Bender stipulate and agree the status conference currently set for August 21, 2008, should be reset to September 4, 2008, at 9:00 a.m.

The parties stipulate and agree the time from August 21, 2008, up to and including September 4, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

///

1  The defense is still conducting investigation in this matter the additional time is necessary
2  to complete that investigation.

4  DATED: August 21, 2008                  */s/ Krista Hart*
                                           Attorney for Christopher Biagas

7  DATED: August 21, 2008                  McGREGOR SCOTT
                                           United States Attorney

                                           */s/ Richard Bender*
                                           Assistant U.S. Attorney

**ORDER**

It is so ordered.

Dated:  August 21, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE