Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA  95814
(916) 498-8398

Attorney for Christopher Biagas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER BIAGAS,<br><br>　　　　Defendant. | No. Cr.S. 08-303 MCE<br><br>**STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |

　　　Defendant Christopher Biagas, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Richard Bender stipulate and agree the status conference currently set for September 4, 2008, should be reset to September 25, 2008, at 9:00 a.m.

　　　The parties stipulate and agree the time from September 4, 2008, up to and including September 25, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

　　　The defense has concluded its investigation in this matter but the additional time is

necessary to consider and discuss our options.

DATED: September 4, 2008                    */s/ Krista Hart*
                                            Attorney for Christopher Biagas


DATED: September 4, 2008                    McGREGOR SCOTT
                                            United States Attorney

                                            */s/ Richard Bender*
                                            Assistant U.S. Attorney

## **ORDER**

It is so ordered.

  Dated:  September 4, 2008

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE