Krista Hart
Attorney at Law
State Bar No. 199650
428 J Street, Suite 350
Sacramento, CA 95814
(916) 498-8398

Attorney for Christopher Biagas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. Cr.S. 08-303 MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESETTING THE STATUS CONFERENCE** |
| CHRISTOPHER BIAGAS, | |
| Defendant. | |

  Defendant Christopher Biagas, by and through counsel Krista Hart, and the United States (government) by and through counsel Assistant U.S. Attorney Richard Bender stipulate and agree the status conference currently set for September 25, 2008, should be reset to October 9, 2008, at 9:00 a.m.

  The parties stipulate and agree the time from September 25, 2008, up to and including October 9, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

  The parties are actively engaged in negotiations. Each side has made offers and we are

close to resolving the case, the additional time is necessary to prepare, review and finalize a plea agreement.

DATED: September 25, 2008      /s/ Krista Hart
                               Attorney for Christopher Biagas


DATED: September 25, 2008      McGREGOR SCOTT
                               United States Attorney

                               /s/ Richard Bender
                               Assistant U.S. Attorney

## ORDER

It is so ordered.

Dated: September 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE